IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
MAR 0 2 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 21-055 PRW |
| JOSE JORGE CARILLO DURAN, FRANCISCO ALVARADO VARGAS, and GUSTAVO SAUCEDO ESCOBAR, | ) Violations: 21 U.S.C. § 846<br>) 21 U.S.C. § 841(a)(1)<br>) 18 U.S.C. § 2<br>) 21 U.S.C. § 856(a)(1) |
| Defendants. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**(Drug Conspiracy)**

On or about December 17, 2020, within the Western District of Oklahoma, and elsewhere,

------------------------------ JOSE JORGE CARILLO DURAN,
FRANCISCO ALVARADO VARGAS, and
GUSTAVO SAUCEDO ESCOBAR ------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with each other and others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its

isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
### (Possession of Methamphetamine with Intent to Distribute)

On or about December 17, 2020, within the Western District of Oklahoma,

------------------------------- **JOSE JORGE CARILLO DURAN,**
**FRANCISCO ALVARADO VARGAS, and**
**GUSTAVO SAUCEDO ESCOBAR** -------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3
### (Maintaining a Drug-Involved Premises)

On or about December 17, 2020, within the Western District of Oklahoma,

------------------------------- **JOSE JORGE CARILLO DURAN and**
**FRANCISCO ALVARADO VARGAS** -------------------------------

knowingly and intentionally opened, leased, rented, used, and maintained a place at the Cornerstone Apartments, specifically 1100 West Interstate 240 Service Road, Apartment

C202, in Oklahoma City, Oklahoma, for the purpose of storing and distributing controlled substances, including methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 856(a)(1).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
Acting United States Attorney

NICK COFFEY
Assistant United States Attorney